TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JANIE SALAZAR, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FREEDOM MORTGAGE CORPORATION, a Foreign Corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO: 2:19-CV-01177-JCM-BNW<br><br>**JOINT MOTION TO VACATE EARLY NEUTRAL EVALUATION** |

COMES NOW, Plaintiff JANIE SALAZAR (hereinafter, "Plaintiff"), by and through her counsel, the law firm of Hatfield & Associates, Ltd., and Defendant FREEDOM MORTGAGE CORPORATION, (hereinafter, "Defendant") by and through its counsel, and hereby notify the Court that the parties have reached a confidential resolution to the above-captioned action and anticipate filing a stipulation of dismissal on or before November 30, 2019. The parties presently anticipate that all settlement obligations will be fulfilled by this time. As such, the parties hereby file this joint motion to vacate the pending Early Neutral Evaluation session, currently scheduled

///

///

///

1

for November 12, 2019.

DATED: November 7, 2019.

**HATFIELD & ASSOCIATES, LTD.**

By: */s/ Trevor J. Hatfield*
Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
Tel.: (702) 388-4469
Email: thatfield@hatfieldlawassociates.com

*Attorney for Plaintiff*

DATED: November 7, 2019

**BALLARD SPAHR, LLP.**

By: */s/ Emily J. Daher*
Abran E. Vigil, Esq. (Nevada Bar No. 7548)
Emily J. Daher, Esq. (Pro Hoc Vice)
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
(702) 471-7000
Email: Vigila@ballardspahr.com
Email: dahere@ballardspahr.com

*Attorneys for Freedom Mortgage Corporation*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: November 8, 2019