Abran E. Vigil
Nevada Bar No. 7548
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
vigila@ballardspahr.com

Attorneys for Defendant Freedom
Mortgage Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JANIE SALAZAR, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FREEDOM MORTGAGE CORPORATION, Foreign Corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive<br><br>Defendants. | Case No. 2:19-cv-01177-JCM-BNW<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

This stipulation is respectfully submitted by Plaintiff Janie Salazar ("Salazar") and Defendant Freedom Mortgage Corporation (Freedom Mortgage), (collectively, the "Parties") by and through their respective counsel of record.

1. On July 8, 2019, Salazar filed her Complaint in the United States District Court, District of Nevada, as Case No. 2:19-cv-01177-JCM-BNW.

2. On August 13, 2019, Freedom Mortgage filed an Answer to Complaint.

3. The Parties have reached a settlement and have agreed to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

4. Based on this stipulation, the Court can consider all pending matters by the parties, other than approval of this stipulation, as withdrawn and the case may be closed.

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | Dated: December 19, 2019 | |

HATFIELD & ASSOCIATES, LTD.

By: /s/ Trevor Hatfield
Trevor J. Hatfield
Nevada Bar No. 7373
703 South Eighth Street
Las Vegas, NV 89101

Attorney for Plaintiff Janie Salazar

BALLARD SPAHR LLP

By: /s/ Abran Vigil
Abran E. Vigil, Esq.
Nevada Bar No. 7548
Emily J. Daher, Esq. (*pro hac vice*)
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135

Attorney for Defendant
Freedom Mortgage Corporation

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: December 26, 2019